IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC. and VIFOR (INTERNATIONAL) AG,<br><br>Plaintiffs,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LIMITED and MSN PHARMACEUTICALS INC.,<br><br>Defendants. | Civil Action No.: 24-10674 |

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

This matter having been opened to the Court by McCarter & English, LLP, attorneys for Plaintiffs American Regent, Inc. and Vifor (International) AG ("Plaintiffs"), for an Order, pursuant to Local Civil Rule 101.1(c), allowing Michelle J. Zhu of the firm Gibson, Dunn & Crutcher LLP to appear *pro hac vice* on behalf of Plaintiffs; Defendants having consented to this application; and the Court having considered this matter pursuant to Fed. R. Civ. P. 78, and for good cause shown,

**IT IS** on this 17th day of December 2025, **ORDERED** that:

1.  Michelle J. Zhu of the firm Gibson, Dunn & Crutcher LLP who is a member in good standing of the Bars and Courts in which she is admitted, are permitted to appear *pro hac vice* in this action pursuant to Local Civil Rule 101.1(c); however, all pleadings, briefs and other papers filed with the Court on behalf of Plaintiffs shall be signed by a member or associate of the firm of McCarter & English, LLP, who is admitted to practice before this Court, who shall be responsible for said papers, and for the conduct of the cause, and who shall be present in Court during all phases of these proceedings, unless expressly excused by the Court;

2

      2.      Michelle J. Zhu will remit to the New Jersey Lawyers' Fund for Client Protection the annual payment required in accordance with New Jersey Court Rule 1:28-2(a), to the extent not already paid, for each calendar year this matter is pending;

      3.      Michelle J. Zhu will pay $250.00 to the Clerk, United States District Court for the District of New Jersey;

      4.      Michelle J. Zhu will be bound by the Local Civil and Criminal Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L. Civ. R. 103.1, Judicial Ethics and Professional Responsibility, and L. Civ. R. 104.1, Discipline of Attorneys; and

      5.      Michelle J. Zhu will be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Court Contingency Fee Rule, Rule 1:21-7, as amended.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE