## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD., *et al.,* <br><br> *Defendants*. | Case No. 3:24-cv-10674-GC-JBD (Consolidated) <br><br> Hon. Georgette Castner, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. |
| VIFOR (INTERNATIONAL) AG, *et al.,* <br><br> *Plaintiffs,* <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant*. | Civ. No. 25-15336-GC-JBD |
| VIFOR (INTERNATIONAL) AG, *et al.,* <br><br> *Plaintiffs,* <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant*. | Civ. No. 25-16735-GC-JBD |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE THAT** William E. Antonides, III, of K&L Gates LLP, an

attorney admitted to practice in this Court, hereby enters his appearance in this action as counsel

for defendant Orbicular Pharmaceutical Technologies Pvt. Ltd.

Dated: March 18, 2026

By:    *s/ William E. Antonides III*
William E. Antonides, III
**K&L GATES LLP**
One Newark Center – 10th Floor
Newark, NJ 07102
P: (973) 848-4000
F: (973) 848-4001
bill.antonidesiii@klgates.com
*Attorneys for Defendant Orbicular*
*Pharmaceutical Technologies Pvt. Ltd.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5.2, the above Notice of Appearance and this Certificate of Service was filed through the Electronic Court Filing System on March 18, 2026, and a copy thereof was served in its entirety on all counsel of record by the Court's Case Management/Electronic Case Filing System.

<u>*s/ William E. Antonides, III*</u>
William E. Antonides, III