UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., | Civ. No. 24-10674 (GC)(JBD) |
| Plaintiff, | (Consolidated) |
| v. | **ORDER** |
| MSN LABORATORIES PRIVATE LTD., *et al.*, | |
| Defendants. | |
| VIFOR (INTERNATIONAL) AG, *et al.*, | Civ. No. 25-15336 (GC)(JBD) |
| Plaintiffs, | |
| v. | |
| ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., | |
| Defendant. | |

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG, *et al.*, | Civ. No. 25-16735 (GC)(JBD) |
| Plaintiffs, | |
| v. | |
| ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., | |
| Defendant. | |

This matter having come before the Court by way of the parties' letter dated April 20, 2026 [Dkt. 90] setting forth competing proposed amended schedules; and the Court having reviewed the parties' submission and earlier (and since superseded) versions of the pretrial schedule [Dkts. 37, 61, 80]; and the Court noting that the dates adopted below fall between the parties' proposals and are generally consistent with earlier versions of the pretrial schedule; and the Court concluding that this amended schedule presents a workable, efficient, and fair timeline for the parties to complete discovery and prepare for trial; and for good cause shown,

**IT IS** on this **28th** day of **April, 2026,**

**ORDERED** that the following amended schedule shall govern remaining proceedings in these actions:

| Event | Deadline |
|---|---|
| Substantial completion of document production | May 6, 2026 |
| Deadline for motion to amend pleadings or to add parties | May 22, 2026 |

2

| Event | Deadline |
|---|---|
| Close of Fact Discovery | June 30, 2026 |
| Parties to exchange Opening Expert Reports on issues for which that party bears the burden of proof | August 14, 2026 |
| Parties to exchange Rebuttal Expert Reports | September 28, 2026 |
| Parties to exchange Reply Expert Reports | October 28, 2026 |
| Close of Expert Discovery | November 27, 2026 |
| Submission of Proposed Final Pretrial Order | January 18, 2027 |
| Final Pretrial Conference[1] | February 8, 2027 |
| Trial | March 22, 2027 |

**IT IS FURTHER ORDERED** that absent extenuating, unforeseen circumstances, the Court does not anticipate further amendments to this schedule; and it is further

**ORDERED** that the Court will hold a telephone status conference on **July 27, 2026** at **2:00 p.m.**; dial-in information will be provided to counsel. No later than three (3) business days before the telephone status conference, the parties shall

---

[1]    The parties are directed to refer to paragraph 12 of the Court's case management order regarding the final pretrial conference.

file a joint letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

4