William E. Antonides, III
bill.antonidesiii@klgates.com
K&L Gates LLP
One Newark Center, 10th Floor
Newark, NJ 07102
Telephone: 973-848-4000
Facsimile: 973-848-4001
*Attorneys for Defendant Orbicular
Pharmaceutical Technologies Pvt. Ltd.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD., et al., <br><br> Defendants. | Civil Action No. 3:24-cv-10674-GC-JBD (Consolidated) <br><br> Hon. Georgette Castner, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. |
| VIFOR (INTERNATIONAL) AG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | Civil Action No. 25-15336-GC-JBD |
| VIFOR (INTERNATIONAL) AG, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendants. | Civil Action No. 25-16735-GC-JBD <br><br> **MOTION FOR WILLIAM E. ANTONIDES, III ONLY TO WITHDRAW AS COUNSEL** <br><br> **MOTION DAY: June 15, 2026** |

**PLEASE TAKE NOTICE** that, on June 15, 2026, or as soon thereafter as the parties may

be heard by the Court, pursuant to Local Civil Rule 102.1, Defendant Orbicular Pharmaceutical

Technologies Pvt. Ltd. ("Orbicular") will move before the Hon. J. Brendan Day, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order in the form submitted herewith granting the motion for William E. Antonides, III to withdraw as counsel.

**PLEASE TAKE FURTHER NOTICE** that in support hereof, Orbicular will rely on the letter brief filed herewith.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order has been filed herewith.

Dated: May 22, 2026                **K&L GATES LLP**

> *s/ William E. Antonides, III*
> William E. Antonides, III
> One Newark Center, Tenth Floor
> Newark, New Jersey 07102-5285
> P: (973) 848-4000
> F: (973) 848-4001
> loly.tor@klgates.com
> *Attorneys for Defendant Orbicular*
> *Pharmaceutical Technologies Pvt. Ltd.*