**K&L GATES**

May 22, 2026

William E. Antonides, III
bill.antonidesiii@klgates.com

T +1 973 848 4090
F +1 973 848 4001

**VIA ECF**

Hon. J. Brendan Day, U.S.M.J.
United States District Court
for the District of New Jersey
Clarkson S. Fisher Federal Building and U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re:   *American Regent, Inc. v. MSN Laboratories Private Ltd., et al.,*
      *Case No. 3:24-cv-10674-GC-JBD (Consolidated)*

Dear Judge Day:

We represent Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd. ("Orbicular") in the above-referenced consolidated matter.  Please accept this letter brief in lieu of a more formal submission in support of the Motion for William E. Antonides, III Only to Withdraw as Counsel.

I respectfully request that the Court grant the motion and permit me to withdraw as counsel, because I have resigned from K&L Gates LLP and will no longer be acting as counsel for Orbicular.  Erin C. Cassidy, who is admitted to practice before this Court and an attorney at K&L Gates LLP in its Newark, New Jersey office, will remain as counsel for Orbicular.  *Pro hac vice* counsel from K&L Gates LLP—Jeffrey Gargano, Rebekah Hill, and Adam Berlin—will also remain as counsel of record for Orbicular.

My withdrawal will have no effect on the deadlines in this action and will not prejudice any party.

Please do not hesitate to contact me with any questions.  I appreciate Your Honor's attention to this matter.

Respectfully submitted,

*s/ William E. Antonides, III*
William E. Antonides, III


cc:     All Counsel of Record (via ECF)


K&L GATES LLP
ONE NEWARK CENTER  TENTH FLOOR  NEWARK  NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey