**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD., *et al.*, <br><br> Defendants. | Civ. No. 3:24-cv-10674 (GC) (JBD) <br> (Consolidated) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE THAT** Anwesha Chatterjee of K&L Gates LLP, an attorney admitted to practice in this Court, hereby enters her appearance in this action as counsel for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd.

Dated: June 16, 2026            By:    /s/ Anwesha Chatterjee

Anwesha Chatterjee (Atty ID 536882025)
**K&L GATES LLP**
One Newark Center - 10th Floor
Newark, NJ 07102
P: (973) 848-4000
F: (973) 848-4001
Anwesha.Chatterjee@klgates.com

*Attorneys for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5.2, the above Notice of Appearance and this Certificate of Service was filed through the Electronic Court Filing System on June 16, 2026, and a copy thereof was served in its entirety on all counsel of record by the Court's Case Management/Electronic Case Filing System.

*/s/ Anwesha Chatterjee*
Anwesha Chatterjee