**McCarter & English**

|  |  |
|---|---|
| **Mark M. Makhail**<br>Partner<br><br>T. 973-639-2092<br>F. 973-206-3794<br><br>mmakhail@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

June 18, 2026

**VIA ECF**

The Honorable J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:** ***Vifor (Int'l) AG, et al. v. Orbicular Pharmaceutical Technologies Pvt, Ltd.***
    **Civil Action No.: 25-15336;** ***American Regent Inc., et al. v. MSN***
    ***Laboratories Pvt. Ltd., et al.*, Civil Action No.: 24-10674 (consolidated)**

Dear Judge Day:

Plaintiffs write to request leave to submit a brief reply to Defendant Orbicular's letter dated June 17, 2026 in which they object to Plaintiffs' request to extend the schedule. (ECF No. 96.)  If permitted, Plaintiffs will update the court regarding Orbicular's supplemental production—made after Plaintiffs submitted their request for extension. That production accounts for over one-third of the total number of documents produced by Orbicular to date.  Moreover, Defendants have not confirmed that their production is complete, so more documents may be forthcoming. Thus, Defendants did not meet their substantial production as of May 6, 2026.  Plaintiffs' position is that the requested extension is necessary to avoid prejudice.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All Counsel of Record (via ECF)