UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD., *et al.*,<br><br>Defendants. | Civ. No. 24-10674 (GC)(JBD)<br>(Consolidated)<br><br>**ORDER** |

This matter is before the Court by way of plaintiffs' letters dated June 16, 2026 and June 22, 2026 [Dkts. 94, 99] requesting extensions to the fact and expert discovery deadlines and defendants' letter dated June 17, 2026 [Dkt. 96] opposing plaintiffs' extension requests and setting forth a proposed alternative extension to the fact discovery deadline only. The Court having reviewed the parties' submissions, the docket, and earlier (and since superseded) versions of the pretrial schedule [Dkts. 37, 61, 80, 91]; and the Court concluding that this amended schedule presents a workable, efficient, and fair timeline for the parties to complete discovery and prepare for trial in light of defendants' recent document production; and for good cause shown,

**IT IS** on this **25th** day of **June, 2026,**

**ORDERED** that the following amended schedule shall govern remaining proceedings in these actions:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 30, 2026 |
| Parties to exchange Opening Expert Reports on issues for which that party bears the burden of proof | August 21, 2026 |

| Event | Deadline |
|---|---|
| Parties to exchange Rebuttal Expert Reports | October 5, 2026 |
| Parties to exchange Reply Expert Reports | November 4, 2026 |
| Close of Expert Discovery | November 27, 2026[1] |
| Submission of Proposed Final Pretrial Order | January 18, 2027 |
| Final Pretrial Conference[2] | February 8, 2027 |
| Trial | March 22, 2027 |

**IT IS FURTHER ORDERED** that the telephone status conference scheduled for **July 27, 2026**, *see* [Dkt. 91] at 3, shall proceed as scheduled. No later than three (3) business days before the telephone status conference, the parties shall file a joint letter via CM/ECF, not to exceed three (3) pages, that summarizes the status of discovery and identifies any issues ripe for discussion with the Court.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court is confident that this amended schedule leaves the parties with enough time to complete expert depositions, and that an extension of the expert discovery deadline is not necessary at this time. That said, if necessary (due to experts' schedules or otherwise), the Court will entertain targeted requests to take specific expert depositions out of time.

[2] The parties are directed to refer to paragraph 12 of the Court's case management order regarding the final pretrial conference.

2