

| | |
|---|---|
| **Mark M. Makhail**<br>Partner<br><br>T. 973-639-2092<br>F. 973-206-3794<br><br>mmakhail@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry Street<br>Newark, NJ 07102-4056<br><br>www.mccarter.com |

July 17, 2026

**VIA ECF**

Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re:  *Vifor (Int'l) AG, et al. v. Orbicular Pharmaceutical Technologies Pvt, Ltd.***
      **Civil Action No.: 25-15336; *American Regent Inc., et al. v. MSN Laboratories Pvt. Ltd.,***
      ***et al.*, Civil Action No.: 24-10674 (consolidated)**

Dear Judge Day:

This office, along with Gibson, Dunn & Crutcher, LLP, represent Plaintiffs Vifor (Int'l) AG and American Regent, Inc. in the above referenced actions.  We write to update the Court regarding the status of Plaintiff's Letter Requesting Order Compelling Production (ECF No. 102), filed July 15, 2026.

On July 16, 2016, Orbicular produced the requested agreements between Orbicular and third parties relating to the Orbicular's ANDA.  Therefore, Plaintiffs respectfully withdraw their previously filed request.


We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All Counsel of Record (via ECF)

ME1\62019081.v1