

**Mark M. Makhail**
Partner

T. 973-639-2092
F. 973-206-3794

mmakhail@mccarter.com

McCarter & English, LLP

Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4056

www.mccarter.com

July 29, 2026

<u>**VIA ECF**</u>

Hon. J. Brendan Day, U.S.M.J.
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Vifor (Int'l) AG, et al. v. Orbicular Pharmaceutical Technologies Pvt, Ltd.*
Civil Action No.: 25-15336; *American Regent Inc., et al. v. MSN Laboratories Pvt. Ltd.,*
*et al.*, Civil Action No.: 24-10674 (consolidated)**

Dear Judge Day:

This office, along with Gibson, Dunn & Crutcher, LLP, represent Plaintiffs Vifor (Int'l) AG and American Regent, Inc. in the above referenced actions. On July 15, 2026, Plaintiffs filed a request for an Order compelling the production of certain documents. (ECF No. 102). Plaintiffs filed the letter under temporary seal because it referenced certain information Defendant designated confidential. Pursuant to L. Civ. R. 5.3(c), the deadline to file the appropriate Motion to Seal is due today, July 29, 2026. The Parties require additional time to confer regarding the scope of the redactions and for Defendant to prepare said Motion. Accordingly, the Parties respectfully request that the deadline to file the Motion to Seal be adjourned until August 5, 2026.

Should this request be acceptable to the Court, we ask that Your Honor endorse this letter "So Ordered" and have it entered on the Court's docket.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ *Mark M. Makhail*
Mark M. Makhail

CC: All Counsel of Record (via ECF)

**SO ORDERED**.

_____
Hon. J. Brendan Day, U.S.M.J.

ME1\62245363.v1