**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AMERICAN REGENT, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>MSN LABORATORIES PRIVATE LTD., *et al.,*<br><br>*Defendants.* | Case No. 3:24-cv-10674-GC-JBD (Consolidated)<br><br>Hon. Georgette Castner, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J. |
| VIFOR (INTERNATIONAL) AG, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>*Defendant.* | Civ. No. 25-15336-GC-JBD |
| VIFOR (INTERNATIONAL) AG, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>*Defendant.* | Civ. No. 25-16735-GC-JBD<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd. ("Orbicular") for an order granting the Motion for Erin C. Cassidy Only to Withdraw as Counsel, the Court having considered the moving papers, any timely opposition thereto, and oral argument, if any, and good cause having been shown,

IT IS on this 13th day of August, 2026

**ORDERED** that the Motion for Erin C. Cassidy Only to Withdraw as Counsel hereby is **GRANTED**; and it is further

**ORDERED** that Erin C. Cassidy will no longer be counsel of record for Orbicular in this action; and it is further

**ORDERED** that K&L Gates LLP and the remaining counsel associated with K&L Gates LLP, including Anwesha Chatterjee, shall remain as counsel of record for Orbicular in this action.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE